Certificate Number: 05781-ILN-DE-034346601

Bankruptcy Case Number: 20-03339



05781-ILN-DE-034346601

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 15, 2020,</u> at <u>3:13</u> o'clock <u>PM PDT</u>, <u>Renee Buchbinder</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:  <u>April 15, 2020</u>            By:    <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>