IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT
LAKE COUNTY - WAUKEGAN, ILLINOIS

US BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2006-2,

PLAINTIFF

vs.

RENEE M. BUCHBINDER; SAM BUCHBINDER; CHICAGO TITLE LAND TRUST COMPANY, AS TRUSTEE UNDER THE CERTAIN TRUST AGREEMENT DATED NOVEMBER 10, 2016; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC.;

DEFENDANTS



FILED

JAN 2 3 2020

Ena Cartangut Weinstein
CIRCUIT CLERK

NO. 18 CH 594
Judge Presiding

Address: 1737 Sunnyside Avenue
Highland Park, Illinois 60035

## ORDER APPROVING REPORT OF SALE AND DISTRIBUTION, CONFIRMING SALE, AND EVICTION ORDER

This cause comes to be heard on Plaintiff's motion for the entry of an order approving the Report of Sale and Distribution, confirming the sale of the premises, which are the subject of the matter captioned above and described as:

THE SOUTH 1/2 OF LOT 7 IN J.S. HOVLAND'S HIGHLAND PARK ACRE SUBDIVISION IN SECTION 21, TOWNSHIP 43 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED APRIL 24, 1923 AS DOCUMENT 223019, IN BOOK "L" OF PLATS, PAGE 67, IN LAKE COUNTY, ILLINOIS

**COMMON ADDRESS:** 1737 Sunnyside Avenue, Highland Park, Illinois 60035

**P.I.N.:** 16-21-403-016-0000

Due notice of said motion having being given, the Court having examined said Report, and being fully advised in the premises, FINDS:

That the periods of redemption and reinstatement expired without same having been made;

That this Court obtained personal jurisdiction over those defendants who are personally liable to the Plaintiff for the deficiency, if any for the said sale;

That all notices required by 735 ILCS 5/15-1507(c) were given;

That said sale was fairly and properly made and that the Sheriff of Lake County, hereinafter "Selling Officer", has in every respect proceeded in accordance with the terms of this Court's Judgment;

That the successful bidder is entitled to a deed of conveyance and possession of the mortgage real estate, and that justice was done.

**IT IS THEREFORE ORDERED:**

That the sale of the mortgaged real estate involved herein, and the Report of Sale and Distribution filed by the Selling Officer are hereby approved, ratified and confirmed;

That the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution;

That the Mortgagee's advances, fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved, ratified and confirmed;

That there shall be an IN PERSONAM deficiency judgment entered in the sum of $602,502.86 with interest thereon as by statute provided, against RENEE M. BUCHBINDER.

That any Special Right to Redeem, if applicable, pursuant to 735 ILCS 5/15-1604, shall expire 30 days after entry of this Order; and

735 ILCS 5/9-117 is not applicable to this order entered pursuant to Article 15 (IMFL).

That upon request by the successful bidder including any insurers, investors, and agents of Plaintiff and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Selling Officer shall execute and deliver to the successful bidder including any insurers, investors, and agents of Plaintiff a deed sufficient to convey title.

Municipality or County may contact the below with concerns about the real property:
U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-2
Jerry French
c/o Code Compliance Department
3217 South Decker Lake Drive
Salt Lake City, UT 84119-3284
888-349-8964

**IT IS FURTHER ORDERED:**

That the successful bidder, including any insurers, investors, and agents of Plaintiff is entitled to and shall have possession of the premises as of a date 30 days after entry of this Order, without further Order of Court, as provided in 735 ILCS 5/15-1701;

That the Sheriff of Lake County is directed to evict and dispossess Renee M. Buchbinder, Sam Buchbinder, from the premises commonly known as 1737 Sunnyside Avenue, Highland Park, Illinois 60035;

The Sheriff cannot evict until 30 days after the entry of this Order;

No occupants other than the individuals named in this Eviction Order may be evicted without a Supplemental Eviction Order or an order from the Eviction Court;

That the Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamps;

DATED: 1-23-20

**Patricia L. Cornell**

ENTER: _____

Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Email: ilpleadings@johnsonblumberg.com
Ph. 312-541-9710 / Fax 312-541-9711
JB&A # IL 18 5670

**IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT**
**LAKE COUNTY - WAUKEGAN, ILLINOIS**

| | |
|---|---|
| US BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2006-2,<br>PLAINTIFF<br>vs.<br>RENEE M. BUCHBINDER; SAM BUCHBINDER; CHICAGO TITLE LAND TRUST COMPANY, AS TRUSTEE UNDER THE CERTAIN TRUST AGREEMENT DATED NOVEMBER 10, 2016; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC.;<br>DEFENDANTS | NO. 18 CH 594<br>Judge<br><br><br><br><br><br><br><br>Address:   1737 Sunnyside Avenue<br>Highland Park, Illinois 60035 |

**MEMORANDUM OF JUDGMENT**

On January 23, 2020, a judgment in the amount of $602,502.86 was entered in favor of US BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2006-2, and against RENEE M. BUCHBINDER whose address is:

**COMMON ADDRESS:** 1737 Sunnyside Avenue, Highland Park, IL 60035

_____
Judge

_____1-23-20_____
Date

Johnson, Blumberg & Associates, LLC
230 West Monroe Street, Suite 1125
Chicago, Illinois 60606
Phone: (312) 541-9710
Fax: (312) 541-9711

Image# 059105000002 Type: DSH
Recorded: 02/28/2020 at 08:26:36 AM
Receipt#: 2020-00012097
Page 1 of 2
Fees: $60.00
IL Rental Housing Fund: $9.00
Lake County IL Recorder
Mary Ellen Vanderventer Recorder
File **7637391**

## IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT
## LAKE COUNTY - WAUKEGAN, ILLINOIS

US BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2006-2,
  PLAINTIFF
  vs.
RENEE M. BUCHBINDER; SAM BUCHBINDER; CHICAGO TITLE LAND TRUST COMPANY, AS TRUSTEE UNDER THE CERTAIN TRUST AGREEMENT DATED NOVEMBER 10, 2016; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC.;
  DEFENDANTS

NO. 18 CH 594
Judge

Address:  1737 Sunnyside Avenue
          Highland Park, Illinois 60035

### SHERIFF'S DEED

This Deed made this _31_ day of _January_, 2020 between the undersigned, Sheriff of Lake County, grantor, not individually but as Selling Officer of this Court and U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-2 grantee.

WHEREAS, the premises hereinafter described having been duly offered, struck off and sold at public venue to the highest bidder on January 7, 2020, pursuant to Judgment of Foreclosure entered on June 26, 2019, U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to

LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-2 being the holder of the Certificate of Sale.

NOW THEREFORE, said grantor does hereby grant, transfer and convey to U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-2, pursuant to the authority granted by this Court in the above-entitled proceedings, the said premises described as follows:

THE SOUTH 1/2 OF LOT 7 IN J.S. HOVLAND'S HIGHLAND PARK ACRE SUBDIVISION IN SECTION 21, TOWNSHIP 43 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED APRIL 24, 1923 AS DOCUMENT 223019, IN BOOK "L" OF PLATS, PAGE 67, IN LAKE COUNTY, ILLINOIS

**COMMON ADDRESS:** 1737 Sunnyside Avenue, Highland Park, Illinois 60035

**P.I.N.:** 16-21-403-016-0000

_____
Selling Officer

Given under my hand and Notarial Seal
this 31 day of Jan, 2020

_____
Notary Public

OFFICIAL SEAL
CHRISTY R. BERKQUIST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Apr 13, 2020

This Deed was prepared by: Roy Hong, 230 West Monroe, Chicago, IL 60606

This Deed is exempt from tax under the provisions of 35 ILCS 200/31-45 (C)

2/12/20

Grantor's Name and Address:
Sheriff of Lake County

Grantee's Name and Address and mail tax bills to:
U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-2
Jerry French
c/o Code Compliance Department
3217 South Decker Lake Drive
Salt Lake City, UT 84119-3284
888-349-8964

Mail Deed to:
Johnson, Blumberg & Associates, LLC
230 West Monroe, Ste. 1125
Chicago, IL 60606

18-5670