UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| RENEE BUCHBINDER, | ) | CASE NO. 20-3339 |
| | ) | |
| | ) | |
| DEBTOR. | ) | HON. A. BENJAMIN GOLDGAR |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on **Friday May 22, 2020, at 11:00 a.m.,** I shall appear *telephonically* **in accordance with Amended General Order 20-03** before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in Park City Branch Court, Courtroom B, 301 S. Greenleaf Avenue, Park City, Illinois, or before any other Bankruptcy Judge who may be sitting in his place and shall present the **Motion of the United States Trustee for an Extension of Time to Object to Discharge and to File Motion to Dismiss**, a copy of which is attached and served on you.

**PURSUANT TO THE COURT'S AMENDED GENERAL ORDER 20-03, FOUND AT https://www.ilnb.uscourts.gov/sites/default/files/general-ordes/Gen-Ord-20-03.pdf, ANY PARTY THAT OBJECTS TO THIS MOTION AND WANTS IT CALLED FOR HEARING IN OPEN COURT MUST FILE A NOTICE OF OBJECTION NO LATER THAN TWO (2) BUSINESS DAYS BEFORE THE PRESENTMENT DATE. A NOTICE OF OBJECTION NEED ONLY SAY THAT THE RESPONDENT OBJECTS TO THE MOTION. NO REASONS NEED TO BE GIVEN FOR THE OBJECTION.**

*/s/ Ha M. Nguyen*
Ha M. Nguyen, Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 886-3320

**CERTIFICATE OF SERVICE**

I, Ha M. Nguyen, an attorney, state that on May 6, 2020, pursuant to Local Rule 9013-1(D) the **Notice of Motion** and **Motion of the United States Trustee for an Extension of Time to Object to Discharge and to File Motion to Dismiss** were filed and served on all parties, either via the Court's Electronic Notice for Registrants or via First Class Mail, as indicated on the service list below.

*/s/ Ha M. Nguyen*

## **SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice For Registrants:**

- Fernando R. Carranza	fcarranza@frclaw.us
- Joseph E. Cohen	jcohen@cohenandkrol.com

**Parties Served via First Class Mail:**

Renee Buchbinder
1737 Sunnyside
Highland Park, IL 60035

Joel P. Fonferko
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| RENEE BUCHBINDER, | ) | CASE NO. 20-3339 |
| | ) | |
| | ) | |
| DEBTOR. | ) | HON. A. BENJAMIN GOLDGAR |

**MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION OF TIME TO OBJECT TO DISCHARGE AND TO FILE MOTION TO DISMISS**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois, by his attorney, Ha M. Nguyen, and pursuant to 11 U.S.C. § 727(c)(1) and Fed. R. Bankr. P. 4004(b), hereby requests this Court to grant an extension of time to object to the discharge of Renee Buchbinder (the "Debtor") and to file a motion dismiss the Debtor's case for abuse pursuant to 11 U.S.C. § 707(b) and Fed. R. Bankr. P. 1017(e)(1). In support of this request, the U.S. Trustee states as follows:

1. This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. On February 5, 2020, the Debtor, represented by Fernando R. Carranza, filed her voluntary petition for relief under Chapter 7 of the Bankruptcy Code. The Debtor has primarily consumer debt.

3. Joseph E. Cohen was appointed the Chapter 7 Trustee in the Debtor's case.

4. The last date to object to the Debtor's discharge or to file a motion to dismiss her case under § 707 is currently set for May 11, 2020.

5. Schedule E/F reflects $536,307 in unsecured claims.

6. Schedules I and J indicate that the Debtor is married with no dependents. Debtor is unemployed and shows $1,164 in Social Security income. Her non-filing spouse is listed as employed in part time sales for Continental Credit with $1,500 in earned income and $1,500 in Social Security income. Schedule J shows $20,180 in monthly expenses including $15,600 in real estate taxes. Schedule A/B shows three properties in Highland Park, Illinois ($1.3 million) and two condominiums in Florida ($1,070,000).

7. Due to the Debtor's high expenses and substantial unsecured debt, the U.S. Trustee is requesting additional time to examine the Debtor's financial circumstances. Additionally, the U.S. Trustee has requested documents from the Debtor's since February 2020 and did not receive a response until May 4, 2020. The U.S. Trustee will also need additional time to review the documents that were recently provided.

8. Concurrent with this motion the U.S. Trustee is filing a motion pursuant to Fed. R. Bankr. P. 2004 for authority to request various documents from the Debtor. The U.S. Trustee also anticipates, depending on this production of documents, that he may need to conduct an oral examination of the Debtor.

9. The U.S. Trustee requests additional time to investigate the veracity and completeness of the Debtor's Petition, Schedules, Statement of Financial Affairs, testimony given at the 341 Meeting and other documents in order to determine whether cause exists to file an objection to the Debtor's discharge pursuant to § 727 or a motion to dismiss the Debtor's case pursuant to § 707.

WHEREFORE, the U.S. Trustee requests this Court to extend the date to object to the Debtor's discharge pursuant to 11 U.S.C. § 727(a) and for filing a motion to dismiss the Debtor's case pursuant to 11 U.S.C. § 707(b) for sixty (60) days, to and including August 11, 2020 and for such other relief as this Court deems just.

                                              RESPECTFULLY SUBMITTED:
                                              PATRICK S. LAYNG
                                              UNITED STATES TRUSTEE

DATED: <u>May 6, 2020</u>                By:    <u>*/s/ Ha M. Nguyen*</u>
                                                    Ha M. Nguyen, Trial Attorney
                                                    U.S. Department of Justice
                                                    Office of the United States Trustee
                                                    219 S. Dearborn Street, Room 873
                                                    Chicago, Illinois 60604
                                                    (312) 886-3320