UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| RENEE BUCHBINDER, | ) | CASE NO. 20-3339 |
| | ) | |
| | ) | |
| DEBTOR. | ) | HON. A. BENJAMIN GOLDGAR |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on **Friday May 22, 2020, at 11:00 a.m.,** I shall appear *telephonically* **in accordance with Amended General Order 20-03** before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in **Park City Branch Court,** Courtroom B, 301 S. Greenleaf Avenue, Park City, Illinois, or before any other Bankruptcy Judge who may be sitting in his place and shall present the **Motion for Rule 2004 Examination of the Debtor**, a copy of which is attached hereto and is herewith served upon you.

**PURSUANT TO THE COURT'S AMENDED GENERAL ORDER 20-03, FOUND AT https://www.ilnb.uscourts.gov/sites/default/files/general-ordes/Gen-Ord-20-03.pdf, ANY PARTY THAT OBJECTS TO THIS MOTION AND WANTS IT CALLED FOR HEARING IN OPEN COURT MUST FILE A NOTICE OF OBJECTION NO LATER THAN TWO (2) BUSINESS DAYS BEFORE THE PRESENTMENT DATE. A NOTICE OF OBJECTION NEED ONLY SAY THAT THE RESPONDENT OBJECTS TO THE MOTION. NO REASONS NEED TO BE GIVEN FOR THE OBJECTION.**

> */s/ Ha M. Nguyen*
> Ha M. Nguyen
> OFFICE OF THE U.S. TRUSTEE
> 219 S. Dearborn Street, Room 873
> Chicago, Illinois 60604
> (312) 886-3320

## CERTIFICATE OF SERVICE

I, Ha M. Nguyen, an attorney, state that on May 6, 2020, pursuant to Local Rule 9013-1(D) the **Notice of Motion** and **Motion for Rule 2004 Examination of the Debtor** were filed and served on all parties, either via the Court's Electronic Notice for Registrants or via First Class Mail, as indicated on the service list below.

> */s/ Ha M. Nguyen*

## **SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice For Registrants:**

- Fernando R. Carranza        fcarranza@frclaw.us
- Joseph E. Cohen             jcohen@cohenandkrol.com

**Parties Served via First Class Mail:**

Renee Buchbinder
1737 Sunnyside
Highland Park, IL 60035

Joel P. Fonferko
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| RENEE BUCHBINDER, | ) | CASE NO. 20-3339 |
| | ) | |
| | ) | |
| DEBTOR. | ) | HON. A. BENJAMIN GOLDGAR |

### MOTION FOR RULE 2004 EXAMINATION OF THE DEBTOR

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois, by his attorney, Ha M. Nguyen, and moves the Court to enter an order authorizing discovery from Renee Buchbinder (the "Debtor") pursuant to Fed. R. Bankr. P. 2004. In support of his request, the United States Trustee the following:

1. This is a core proceeding under 28 U.S.C. §157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(a) and LR40.3.1(a) of the United States District Court for the Northern District of Illinois and Local Rule 9013-9(A)(10).

2. Movant is the United States Trustee for the Northern District of Illinois and brings this motion pursuant to Fed. R. Bankr. P. 2004.

3. On February 5, 2020, the Debtor, represented by Fernando R. Carranza ("Debtor's Counsel"), filed her voluntary petition for relief under Chapter 7 of the Bankruptcy Code. The Debtor has primarily non-consumer debt. Joseph E. Cohen was appointed to be the Chapter 7 Trustee in the Debtor's case.

4. The last date to object to the Debtor's discharge or to file a motion to dismiss his case under § 707 is currently set for May 11, 2020.

5. Schedule E/F reflects $536,307 in unsecured claims.

6.      Schedules I and J indicate that the Debtor is married with no dependents. Debtor is unemployed and shows $1,164 in Social Security income. Her non-filing spouse is listed as employed in part time sales for Continental Credit with $1,500 in earned income and $1,500 in Social Security income. Schedule J shows $20,180 in monthly expenses including $15,600 in real estate taxes. Schedule A/B shows three properties in Highland Park, Illinois ($1.3 million) and two condominiums in Florida ($1,070,000).

7.      In order to evaluate whether there may be a basis for the U.S. Trustee to object to the Debtor's discharge under § 727(a) or to file a motion to dismiss the Debtor's case pursuant to 11 U.S.C. § 707, the U.S. Trustee needs to elicit discovery from the Debtor under Fed. R. Bankr. P. 2004(c), including the production of documents and attendance at a deposition, if necessary.

**WHEREFORE**, the U.S. Trustee requests the Court to enter an order authorizing the United States Trustee to conduct discovery of the Debtor under Fed. R. Bankr. P. 2004, and for such other relief as is just.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: <u>May 6, 2020</u>      By:  <u>*/s/ Ha M. Nguyen*</u>
      Ha M. Nguyen
      OFFICE OF THE U.S. TRUSTEE
      219 S. Dearborn Street, Room 873
      Chicago, Illinois 60604
      (312) 886-3320