UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| RENEE BUCHBINDER, | ) | CASE NO. 20-3339 |
| | ) | |
| | ) | |
| DEBTOR. | ) | HON. A. BENJAMIN GOLDGAR |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Friday, August 28, 2020, at 11:00 a.m.**, I shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge or before any other Bankruptcy Judge who may be sitting in his place and shall present the **Motion of the United States Trustee for an Extension of Time to Object to Discharge and to File Motion to Dismiss,** a copy of which is attached and served on you.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

*/s/ Ha M. Nguyen*
Ha M. Nguyen
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 886-3320

**CERTIFICATE OF SERVICE**

I, Ha M. Nguyen, an attorney, certify under penalty of perjury under that I caused a copy of this notice, attached motion and proposed order to be serviced on each entity shown on the attached service list at the address shown and by the method indicated on August 7, 2020, before 5:00 p.m.

*/s/ Ha M. Nguyen*

## **SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice For Registrants:**

- Fernando R. Carranza   fcarranza@frclaw.us
- Joseph E. Cohen   jcohen@cohenandkrol.com

**Parties Served via First Class Mail:**

Renee Buchbinder
1737 Sunnyside
Highland Park, IL 60035

Joel P. Fonferko
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| RENEE BUCHBINDER, | ) | CASE NO. 20-3339 |
| | ) | |
| | ) | |
| DEBTOR. | ) | HON. A. BENJAMIN GOLDGAR |

**MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION OF TIME TO OBJECT TO DISCHARGE AND TO FILE MOTION TO DISMISS**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois, by his attorney, Ha M. Nguyen, and pursuant to 11 U.S.C. § 727(c)(1) and Fed. R. Bankr. P. 4004(b), hereby requests this Court to grant an extension of time to object to the discharge of Renee Buchbinder (the "Debtor") and to file a motion dismiss the Debtor's case for abuse pursuant to 11 U.S.C. § 707(b) and Fed. R. Bankr. P. 1017(e)(1). In support of this request, the U.S. Trustee states as follows:

1. This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. On February 5, 2020, the Debtor, represented by Fernando R. Carranza, filed her voluntary petition for relief under Chapter 7 of the Bankruptcy Code. The Debtor has primarily consumer debt.

3. Joseph E. Cohen was appointed the Chapter 7 Trustee in the Debtor's case.

4. The last date to object to the Debtor's discharge or to file a motion to dismiss her case under § 707 is currently set for August 11, 2020.

5. Schedule E/F reflects $536,307 in unsecured claims.

6. Schedules I and J indicate that the Debtor is married with no dependents. Debtor is unemployed and shows $1,164 in Social Security income. Her non-filing spouse is listed as employed in part time sales for Continental Credit with $1,500 in earned income and $1,500 in Social Security income. Schedule J shows $20,180 in monthly expenses including $15,600 in real estate taxes. Schedule A/B shows three properties in Highland Park, Illinois ($1.3 million) and two condominiums in Florida ($1,070,000).

7. Due to the Debtor's high expenses and substantial unsecured debt, the U.S. Trustee is requesting additional time to examine the Debtor's financial circumstances. The U.S. Trustee requested documents from the Debtor's since February 2020 and did not receive a response until May 4, 2020.

8. On May 22, 2020, the Court granted the U.S. Trustee's Motion for 2004 Authority to Examine the Debtor.

9. On May 26, 2020, the U.S. Trustee issued a subpoena for documents to the Debtor with a response date of June 26, 2020.

10. As of the June 26, 2020, response date, the Debtor failed to provide documents or otherwise respond to the U.S. Trustee subpoena.

11. On July 10, 2020, the U.S. Trustee sent a follow-up note to the Debtor's attorney seeking information regarding the subpoena document response. As of the date of this motion, the Debtor has not responded to the U.S. Trustee's requests.

12. The U.S. Trustee intends to file a motion to compel compliance with the Rule 2004

Subpoena if the Debtor continues to fail to voluntarily produce documents or otherwise respond to the Subpoena.

13. The U.S. Trustee anticipates, depending on this production of documents, that he may need to conduct an oral examination of the Debtor.

14. The U.S. Trustee requests additional time to investigate the veracity and completeness of the Debtor's Petition, Schedules, Statement of Financial Affairs, testimony given at the 341 Meeting and other documents in order to determine whether cause exists to file an objection to the Debtor's discharge pursuant to § 727 or a motion to dismiss the Debtor's case pursuant to § 707.

WHEREFORE, the U.S. Trustee requests this Court to extend the date to object to the Debtor's discharge pursuant to 11 U.S.C. § 727(a) and for filing a motion to dismiss the Debtor's case pursuant to 11 U.S.C. § 707(b) for sixty (90) days, to and including November 9, 2020 and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:
PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: August 7, 2020                By: */s/ Ha M. Nguyen*
                                     Ha M. Nguyen, Trial Attorney
                                     U.S. Department of Justice
                                     Office of the United States Trustee
                                     219 S. Dearborn Street, Room 873
                                     Chicago, Illinois 60604
                                     (312) 886-3320