**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **20-03339** |
| | ) | |
| **RENEE BUCHBINDER,** | ) | **Chapter 7** |
| | ) | |
| **Debtor.** | ) | **Hon. Judge: GOLDGAR** |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee:  USTPRegion11.ES.ECF@usdoj.gov
Joseph Cohen, Chapter 7 Panel Trustee: jcohen@cohenandkrol.com
Joel Fonferko, Codilis & Associates, P.C., Attorney for Deutsche Bank National Trust Company:
ND-One@il.cslegal.com
Dana O'Brien, McCalla Raymer Peirce, LLC, Attorney for U.S. Bank NA:
dana.obrien@mccalla.com

*To the following persons or entities who have been served via U.S. Mail:*  See attached list.

   PLEASE TAKE NOTICE that on **October 30, 2020**, at **11:00 A.M**., I will appear before the Honorable Judge **GOLDGAR**, or any judge sitting in that judge's place, and present the **Motion to Substitute Attorney**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is **160 817 7512** and the password is **623389**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

*To the following persons or entities who have been served via U.S. Mail:*

Renee Buchbinder
3690 Breezemont Drive
Sarasota, FL 34232

Fernando R Carranza
Fernando R Carranza & Associates
5814 W Cermak Rd.
Cicero, IL 60804

Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634-2413

Ocwen Loan Servicing, LLC
1661 Worthington Road Suite 100
West Palm Beach, FL 33409

Select Portfolio Servicing, Inc.
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165

Servicing Corporation
323 5th Street
Eureka, CA 95501

Brock & Scott PLLC
1315 Westbrook Plaza Dr. Suite 100
Winston Salem, NC 27103

## **PROOF OF SERVICE**

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before October 16, 2020, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE:  October 16, 2020          /s/ Robert C. Bansfield Jr.
                                            Robert C. Bansfield Jr., A.R.D.C. #6329415

Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
(847) 520-8100
rbansfield@davidmsiegel.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **20-03339** |
| | ) | |
| **RENEE BUCHBINDER,** | ) | **Chapter 7** |
| | ) | |
| **Debtor.** | ) | **Hon. Judge: GOLDGAR** |

**MOTION TO SUBSTITUTE ATTORNEY**

NOW COMES the Debtor, **Renee Buchbinder**, by and through her attorney, David M. Siegel and Associates, LLC, and in support of their Motion, states as follows:

1)      That Renee Buchbinder is the Debtor for the above captioned Chapter 7 bankruptcy case.

2)      That said case was filed on February 5, 2020, with Joseph Cohen appointed as the Chapter 7 Panel Trustee.

3)      That Debtor's attorney at the time of filing was Fernando R. Carranza of Fernando R. Carranza & Associates.

4)      That Debtor has terminated the services of Fernando R. Carranza of Fernando R. Carranza & Associates on or about October 9, 2020.

5)      That the Debtor wishes to be represented by David M. Siegel of David M. Siegel and Associates, LLC for the remainder of her case.

WHEREFORE, Debtor respectfully requests that this honorable court grant Debtor's Motion to Substitute Attorney David M. Siegel of David M. Siegel and Associates, LLC for their prior counsel, Fernando R. Carranza of Fernando R. Carranza & Associates.

Respectfully Submitted,

/s/ Robert C. Bansfield Jr.
Robert C. Bansfield Jr., A.R.D.C. #6329415

Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
(847) 520-8100
rbansfield@davidmsiegel.com