UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  20-03339 |
| RENEE BUCHBINDER, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO EXTENDI TIME FOR THE U.S. TRUSTEE TO OBJECT TO DISCHARGE**
**UNDER 11 U.S.C. § 727 AND FILE A MOTION TO DISMISS UNDER 11 U.S.C. § 707**

This matter coming to be heard on the motion of the United States Trustee, due notice having been given, and the court being fully advised in the premises, IT IS HEREBY ORDERED:

1. The motion is granted.

2. The deadline for the United States Trustee to file a complaint objecting to Debtor's discharge under 11 U.S.C. § 727 is extended to and including January 8, 2021; and

3. The deadline for the United States Trustee to file a motion to dismiss under 11 U.S.C. § 707 is extended to and including January 8, 2021.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  October 30, 2020

**Prepared by:**

Ha M. Nguyen
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois  60604
312-886-3320